# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| SONIA APONTE, as Administratrix of the Estate of RAMON ANTONIO APONTE, and SONIA APONTE, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>PASSAIC COUNTY, et al<br><br>Defendant(s). | Civil Action No.: 09-3206 (JLL)<br><br>O R D E R |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 3rd day of JANUARY, 2013;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

_/s/ Jose L. Linares_
JOSE L. LINARES, U.S.D.J.